# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:**  November 3, 2015 | **Time:** 1 hour, 2 minutes 9:01 a.m. to 10:03 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 15-cv-04829-WHO | **Case Name:** Balsam Brands Inc. v. Cinmar, LLC | |

**Attorney for Plaintiff:**  Marc N. Bernstein, Andy Piatnicia, and Will B. Fitton
(Corporate representatives Thomas Harman and Matt Roland)
**Attorney for Defendant:**  Patricia L. Peden and Kevin W. Kirsch

**Deputy Clerk:** Jean Davis                                    **Court Reporter:** Belle Ball

## PROCEEDINGS

Parties appear for hearing as to Motion for Temporary Restraining Order.

| | |
|---|---|
| 9:04 a.m. | Plaintiff heard in support of the motion (Bernstein) |
| 9:18 a.m. | Plaintiff heard as to claim construction issues, and product demonstration conducted (Piatnicia) |
| 9:35 a.m. | Defense heard in opposition to the motion (Peden) |
| 9:50 a.m. | Plaintiff heard in rebuttal as to standing and evidence of harm (Bernstein) |
| 9:57 a.m. | Plaintiff heard in rebuttal as to infringement |
| 9:59 a.m. | Defense heard in reply (Peden) |
| 10:03 a.m. | Motion taken under submission; written order to follow. |
| | Plaintiff request to make supplemental filing under seal as to standing is granted |