United States District Court
Northern District of California

1
2
3
4            UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
6
7   BALSAM BRANDS INC., et al.,

            Plaintiffs,                     Case No. 15-cv-04829-WHO
8
                                            **ORDER EXTENDING DEADLINE TO**
        v.                                  **FILE UNREDACTED DOCUMENTS**
9
                                            Re: Dkt. No. 42
10  CINMAR, LLC, et al.,

            Defendants.
11

12          Yesterday, I issued an Order requiring plaintiffs to file with the Court and serve on

13  Frontgate unredacted versions of the documents they filed on November 6, 2015 (Dkt. No. 37) by

14  November 16, 2015.  Plaintiffs seek an extension of that deadline.  It is GRANTED.  Plaintiffs

15  shall file and serve unredacted versions of the documents by November 23, 2015.

16          **IT IS SO ORDERED**.

17  Dated: November 13, 2015

18  
    _____
19  WILLIAM H. ORRICK
    United States District Judge
20
21
22
23
24
25
26
27
28