1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   BALSAM BRANDS INC., et al.,                Case No. 15-cv-04829-WHO

          Plaintiffs,
8                                              **ORDER REGARDING**
                                               **ADMINISTRATIVE MOTIONS TO**
9       v.                                     **FILE UNDER SEAL**

10  CINMAR, LLC, et al.,                       Re: Dkt. Nos. 37, 40, 46

          Defendants.
11

12         This Order addresses various motions to seal in this matter.

13          Plaintiffs' unopposed administrative motion to file under seal filed on November 23,

14  2015 is GRANTED.  Dkt. No. 46

15          In light of plaintiffs' consent to have the redacted documents they filed on November 6,

16  2015 unsealed, *see* Dkt. No. 46 at 4, the Clerk shall UNSEAL those documents.  Dkt. No. 37.

17         This leaves defendants' unopposed administrative motion to file under seal filed on

18  November 9, 2015 in conjunction with their motion to strike.  Dkt. No. 40.  If plaintiffs want any

19  of the documents filed at Dkt. No. 40 to remain under seal, they shall file a declaration in support

20  of sealing on or before December 4, 2015.

21         **IT IS SO ORDERED**.

22  Dated: November 30, 2015

23  

24  _____
    WILLIAM H. ORRICK
    United States District Judge

25

26

27

28