MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
ANDREW Y. PIATNICIA (SBN 174691)
apiatnicia@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Plaintiffs
BALSAM BRANDS INC. and
BALSAM INTERNATIONAL UNLIMITED COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BALSAM BRANDS INC., a Delaware corporation, and BALSAM INTERNATIONAL LIMITED, an Ireland limited company,<br><br>Plaintiffs,<br><br>v.<br><br>CINMAR, LLC d/b/a FRONTGATE and GRANDIN ROAD, a Delaware limited liability company, and FRONTGATE MARKETING, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:15-CV-04829-WHO<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION UNDER CIVIL L.R. 7-11 FOR AN ORDER PERMITTING PLAINTIFFS ONE ADDITIONAL DAY TO FILE REPLY CLAIM CONSTRUCTION BRIEF<br><br>Hon. William H. Orrick<br>Hearing: August 29, 2016  9:00 a.m. |

1  Upon consideration of Plaintiffs' Administrative Motion under Civil L.R. 7-11
2  for an Order Permitting Plaintiffs One Additional Day to File Their Reply Claim
3  Construction Brief, any responses thereto, and for good cause shown, it is hereby
4  ORDERED that the motion is GRANTED and that the deadline for Plaintiffs to file
5  their Reply Claim Construction Brief is August 23, 2016.

6  The claim construction hearing is reset to 2:00 p.m. on August 29, 2016.

10  DATED: August __22__, 2016   _____
11  Hon. William H. Orrick
    United States District Judge

1
[PROPOSED] ORDER GRANTING ADMIN MOTION RE: REPLY        Case No.15-cv-04829-WHO