UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BALSAM BRANDS INC., et al.,

    Plaintiffs,

    v.

CINMAR, LLC, et al.,

    Defendants.

Case No. 15-cv-04829-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 154

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: December 20, 2016

_____
WILLIAM H. ORRICK
United States District Judge